IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SCHEDULE OF HOLIDAYS : No. 440 Judicial Administration Docket
FOR YEAR 2016 FOR STAFFS :
OF THE APPELLATE COURTS :
AND THE ADMINISTRATIVE :
OFFICE OF PENNSYLVANIA :
COURTS :

**ORDER**

**PER CURIAM:**

AND NOW, this 19th day of December, 2014, it is hereby ordered that the following paid holidays for calendar year 2016 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | | |
|---|---|---|
| January | 1, 2016 | New Year's Day |
| January | 18, 2016 | Martin Luther King, Jr. Day |
| February | 15, 2016 | Presidents' Day |
| March | 25, 2016 | Good Friday |
| May | 30, 2016 | Memorial Day |
| July | 4, 2016 | Independence Day |
| September | 5, 2016 | Labor Day |
| October | 10, 2016 | Columbus Day |
| November | 8, 2016 | Election Day** |
| November | 11, 2016 | Veterans Day |
| November | 24, 2016 | Thanksgiving Day |
| November | 25, 2016 | Day after Thanksgiving |
| December | 26, 2016 | Christmas Day (observed) |

**AOPC only; Appellate courts will be open.